the defendant's release would pose a threat to the community. Accordingly, we deny the defendant's motion for release on bail pending appeal. *Schreiber & Jessup, Ira L. Schreiber*, for petitioner. *Julius C. Michaelson*, Attorney General, *Alfred French Goldstein*, Special Assistant Attorney General, for respondent.

January 26, 1978

M. P. No. 77-440. JAMES SPIKES *v.* BRADFORD SOUTHWORTH, *Warden.* The petition for writ of habeas corpus is denied. *James Spikes*, pro se, petitioner. *Julius C. Michaelson*, Attorney General, *Nancy Marks Rahmes*, Special Assistant Attorney General, for respondent.

M. P. No. 77-323. SAMUEL J. FUSCO *v.* JUDGE OF THE THIRD DIVISION DISTRICT COURT OF KENT COUNTY AND STATE OF RHODE ISLAND. Petition for mandamus is denied as being moot. *Samuel A. Olevson, Thomas C. Troy, Jerry C. Effren*, for petitioner. *Julius C. Michaelson*, Attorney General, *Nancy Marks Rahmes*, Special Assistant Attorney General, for respondent.

M. P. No. 78-15. ANN C. RAPOZA *v.* CHARLES J. RAPOZA. The petition for writ of certiorari is granted and the writ shall issue forthwith.

The stay previously ordered by this court is to remain in full force and effect until further order of this court.

The parties are directed to discuss the issues, among the other issues presented in the case, whether the review of a motion to vacate an interlocutory decree granting divorce is reviewable by certiorari or by appeal, and whether the case of *Baton* v. *Baton*, 109 R.I. 115, 281 A.2d 295 (1971) should be reconsidered. *William G. Gilroy*, for plaintiff-respondent. *Kirshenbaum Law Offices, Allen M. Kirshenbaum*, for defendant-petitioner.

M. P. No. 78-21. MARGIE V. LANGE *v.* ROBERT V. LANGE. The petition for writ of certiorari is denied. *Robert*